GARRETT V. MITCHELL, Appellant, v. MAX KUPFERSTEIN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

In the Matter of the Application under Chapter 52 of the Laws of 1909 and Acts Supplemental and Amendatory Thereof* for the Sale of Real Property Devised by and under the Last Will and Testament of CORNELIUS CALLAHAN, Deceased. EDITH M. SMITH, Appellant; JOHN E. KELLY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES A. SCHAEFER. — Motion denied. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

JOSEPH M. CONKLIN v. FEDERAL TRUST COMPANY. JOSEPH M. CONKLIN v. FEDERAL TRUST COMPANY.— Motions denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

ASSETS COLLECTING COMPANY v. EMANUEL J. MYERS and Others. ASSETS COLLECTING COMPANY v. EMANUEL J. MYERS and Others. ASSETS COLLECTING COMPANY v. EMANUEL J. MYERS and Others.— Motions granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

MARY T. PALMA v. TOWN OF NORTH HEMPSTEAD. WALTER W. HOFFMAN v. TOWN OF NORTH HEMPSTEAD.— Motions granted unless appellants comply with terms of order. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

GEORGE ABRAMS v. SOUTHOLD SAVINGS BANK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

JOHN MACGINNISS v. THADDEUS S. LANE — Motion denied. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CARL A. ROTH. THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE DI MURO.— Motions granted. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

JAMES HEBRON v. 118 EAST 54TH STREET COMPANY.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.